# United States Bankruptcy Court
## Eastern District of Michigan-Southern Division-Flint

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Grand River Infrastructure, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **38-2923343** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **7505 Highway M-71 Durand, MI** ZIP Code **48429** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Shiawassee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Grand River Infrastructure, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ <br> (Name of landlord that obtained judgment) |
| _____ <br> (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Grand River Infrastructure, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Susan M. Cook**
Signature of Attorney for Debtor(s)

**Susan M. Cook P31514**
Printed Name of Attorney for Debtor(s)

**LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C**
Firm Name

**916 Washington Ave**
**Suite 309**
**Bay City, MI 48708**

_____
Address

**Email: scook@lambertleser.com**
**989-893-3518  Fax: 989-894-2232**
Telephone Number

**November 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David C. Marsh**
Signature of Authorized Individual

**David C. Marsh**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**November 14, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Michigan-Southern Division-Flint

In re   **Grand River Infrastructure, Inc.**                                    Case No.
                                                        Debtor(s)          Chapter      **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on    **November 14, 2011**   .

   a. Total assets                                                    $     **14,668,170.00**

   b. Total debts (including debts listed in 2.c., below)              $     **9,197,619.93**

   c. Debt securities held by more than 500 holders:                                    Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |

   d. Number of shares of preferred stock                        **100**                  **1**

   e. Number of shares common stock                              **749**                  **5**

     Comments, if any:

3. Brief description of Debtor's business:
   **Manufacture and sell concrete bridge and sewer products**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Premarc Corporation - 50% Ownership - 100% Voting Shares**
   **7505 Hwy. M-71**
   **Durand, MI 48429**

# United States Bankruptcy Court
## Eastern District of Michigan-Southern Division-Flint

In re   **Grand River Infrastructure, Inc.**                      ,      Case No. _____

                                          Debtor         Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hager, Thomas J.<br>3233 Winegar Road<br>Perry, MI 48872 | Class B - Non-Voting | 53 Shares | Stock |
| Marsh, Christopher<br>1011 Crystalwood Drive<br>Davison, MI 48423 | Class B - Non-Voting | 246 Shares | Stock |
| Marsh, David C.<br>5203 N. Bancroft Road<br>Durand, MI 48429 | Class B - Non-Voting | 150 Shares | Stock |
| Marsh, Paul A.<br>8180 Stillwood Trail NE<br>Rockford, MI 49341 | Class B - Non-Voting | 150 Shares | Stock |
| Mary H. Marsh Revocable Trust<br>7505 Hwy. M-71<br>Durand, MI 48429 | Class B - Non-Voting | 150 Shares | Stock |
| Premarc Corporation<br>7505 Hwy. M-71<br>Durand, MI 48429 | Class A - Voting Share Holder | 100 Shares | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November 14, 2011**_____       Signature **/s/ David C. Marsh**_____

                                                    **David C. Marsh**
                                                    **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Michigan-Southern Division-Flint

In re __Grand River Infrastructure, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __November 14, 2011__

__/s/ David C. Marsh__

__David C. Marsh__/__Vice President__
Signer/Title

BW & US Tax Office
3024 W. Grand Blvd.,Ste 11-500
Detroit, MI 48202

Michigan Dept. of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

Michigan Unemployment Agency
P.O. Box 169
Grand Rapids, MI 49501

Attorney General
Law Building
515 Ottawa
Lansing, MI 48913

U.S. Attorney
Attn: Civil Department
101 First Street, Suite 200
Bay City, MI 48708

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

4J Trucking
P.O. Box 901
Grandville, MI 49418

AAA Sling & Industrial Supply
425 36th Street SW
Grand Rapids, MI 49548-2108

Aggregate Industries-Midwest
Dept. CH 16434
Palatine, IL 60055-6434

Airgas Great Lakes
P.O. Box 802576
Chicago, IL 60680-2576

```
AIS/Interstate Billing Service
Dept. 1265
P.O. Box 2153
Birmingham, AL 35287-1265


American Spring Wire Corp.
P.O. Box 715418
Columbus, OH 43271-5418


Amerigas Wayland 5338
P.O. Box 371473
Pittsburgh, PA 15250-7473


ASAP Expediting & Logistics
512 Great North Road
Columbia, SC 29223


AT&T
P.O. Box 8100
Aurora, IL 60507


BASF Construction Chemicals LLC
P.O. Box 360941
Pittsburgh, PA 15251-6941


BCBS of Michigan
c/o Walton & Donnelly PC
535 Griswold Street
1550 Bulh
Detroit, MI 48226


Belle Tire
Dept. #641612
P.O. Box 64000
Detroit, MI 48264-1612


Beta Steel Corporation
P.O. Box 189008
44225 Utica Road
Utica, MI 48318-9008


Better Hearing
3815 W. St. Joseph Hwy.
Suite B 100
Lansing, MI 48917
```

Blackthorn, Inc.
6113 Brookville Salem Road
Clayton, OH 45315-0070


Brady Business Systems
G-8173 Embury Road
Grand Blanc, MI 48439


Brass Monkey Hydraulics LLC
1242 Comstock Street
Suite A
Marne, MI 49435


Brown Company, DS
300 East Cherry Street
North Baltimore, OH 45872


Brown Inc DP
1646 Champagne Drive N
Saginaw, MI 48604


Buds Lock & Key Inc.
4318 Island Park Drive
Waterford, MI 48329


Campbell Supply Company
P.O. Box 7446
Grand Rapids, MI 49507


Carlesimo Products Inc.
29800 W. Eight Mile Road
Farmington Hills, MI 48024


Carrie OoStdyk
11 Skyler Court
Oak Ridge, NJ 07438


Chulski's Salt Service
945 Comstock
Marne, MI 49435


Cintas Corporation #301
3149 Wilson Drive NW
Grand Rapids, MI 49544

Cintas Corporation #354
51518 Quadrate
Macomb, MI 48042


Cintas Corporation #354
51548 Quadrate
Macomb, MI 48042


Cleco Manufacturing
14 Park Avenue
Hudson, NH 03051


Con-Way Freight
P.O. Box 5160
Portland, OR 97208-5160


Conac
Concrete Accessories Inc.
2725 Northwoods Pkwy. A2
Norcross, GA 30071


Conasco Plastics Inc.
P.O. Box 21554
Columbus, OH 43221-0554


Concentra Medical Centers
P.O. Box 5106
Southfield, MI 48086-5106


Concrete Accessory Mfg.
P.O. Box 603
Ludington, MI 49431


Concrete Central Inc.
1301 Century
Grand Rapids, MI 49503


Concrete Cutting & Breaking
1804 Reliable Pkwy.
Chicago, IL 60686-0001


Concrete Sealants Inc.
P.O. Box 713244
Cincinnati, OH 45271-3244

```
Consumers Energy
P.O. Box 30090
Lansing, MI 48937-0001


Crescent Electric Supply Co.
P.O. Box 500
East Dubuque, IL 61025-4420


Culligan
P.O. Box 5277
Carol Stream, IL 60197-5277


Cullingan
P.O. Box 5277
Carol Stream, IL 60197-5277


D&D Truck & Trailer Parts
105 N. Brady Street
Corunna, MI 48817


Detroit Nipple Works Inc.
6530 Beaubien
Detroit, MI 48202


DTE Energy
P.O. Box 630795
Cincinnati, OH 45263-0795


E. Dale Wilson
Butzel Long, P.C.
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304


East Jordan Iron Works Inc.
Dept. #59601
P.O. Box 67000
Detroit, MI 48267-0596


Edward C. Levy Co.
8800 Dix Avenue
Detroit, MI 48209
```

Electro-Matic Products Inc.
1588 Reliable Pkwy.
Chicago, IL 60686-0015


Engineered Protection Systems
Suite 300
750 Front NW
Grand Rapids, MI 49504


Engineered Protection Systems, Inc.
750 Front Avenue NW
Suite 300
Grand Rapids, MI 49504-4470


Engineered Wire Products
75 Remittance Drive
Suite 3124
Chicago, IL 60675-3124


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263-0337


Floyds Electric Service, Inc.
3781 Clay SW
Grand Rapids, MI 49548


Foster Oil Co.
P.O. Box 145
Lapeer, MI 48446-0145


Galloup Company, J O
P.O. Box 673481
Detroit, MI 48267-3481


General Optical Company
Suite 16
1235 S. Center Road
Burton, MI 48509

Giar & Sons Equipment
3258 Industrial Drive
Caledonia, MI 49316


Gillhespy Inc.
4022 West River Drive
Comstock Park, MI 49321


Godwin Hardware Inc.
3703 S. Division Avenue
Grand Rapids, MI 49548


Grand Equipment Co. LLC
3310 Hudson Trails Drive
Hudsonville, MI 49426


Grand Rapids Gravel Company
P.O. Box 9160
Grand Rapids, MI 49507-0160


Grand Rapids Scale Co.
4215 Stafford SW
Grand Rapids, MI 49548


Grand Valley Concrete Products
2500 Three Mile NW
Grand Rapids, MI 49534


Grandville, City of
Dept. #200
P.O. Box 2545
Grand Rapids, MI 49501-2545


Hammersmith Equipment Company
1621 Century Avenue SW
Grand Rapids, MI 49503


Hawkeye Concrete Products Company
Highway 61 South
P.O. Box 9
Mediapolis, IA 52637


Headed Reinforcement Company
11200 Condor Avenue
Fountain Valley, CA 92708

Holcim Inc.
75 Remittance Drive
Suite 6430
Chicago, IL 60675-6430


Hotsy Midwest Cleaning Systems
13170 Wayne Road
Livonia, MI 48150


HSBC Business Solutions
Menards
P.O. Box 5219
Carol Stream, IL 60197-5219


Independence, Charter Township of
6483 Waldon Center Drive
P.O. Box 69
Clarkston, MI 48347-0069


Independent Concrete Pipe Co.
P.O. Box 2847
Indianapolis, IN 46206-2847


Internal Revenue Service
P.O. Box 145500
Cincinnati, OH 45250-5500


J&H Oil Company
P.O. Box 9464
1619 Chicago Drive SW
Wyoming, MI 49509-0464


Jennings P.E., Bryan
4521 Birchwood Court
Muskegon, MI 49441


Kendall Electric
P.O. Box 67000
Dept. 112101
Detroit, MI 48267-2101


Kent County Treasurer
Kenneth D. Parrish
P.O. Box Y
Grand Rapids, MI 49501

Kent Rubber Supply Company
P.O. Box 9348
4655 Clyde Park SW
Wyoming, MI 49509


Konecranes Inc.
P.O. Box 641807
IA 51264-1807


Lina
c/o Cigna
P.O. Box 13701
Philadelphia, PA 19101-3701


Lincoln Financial Recovery
c/o Goodman & Poeszat
20300 W. 12 Mile Road
Suite 201
Southfield, MI 48076


Lou's Scrap Transport, Inc.
1780 E. Highwood
Pontiac, MI 48340


MA Industries Inc.
LockBox #101283
Atlanta, GA 30392-1283


Manufacturers Supply Company
P.O. Box 130
Hudsonville, MI 49426-0130


Marsh, Daniel C.
4340 Maya Lane
Swartz Creek, MI 48473


Marsh, David C.
5203 N. Bancroft Road
Durand, MI 48429


Marsh, Paul A.
8180 Stillwood Trail NE
Rockford, MI 49341

Max J. Newman
Butzel Long, P.C.
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304


MBK Sales & Service
408 Dry Creek Avenue
West Burlington, IA 52655


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


Michigan Foam Products Inc.
1820 Chicago Drive
Grand Rapids, MI 49507


Michigan Pipe & Valve - Detroit
P.O. Box 4370
Jackson, MI 49204-4370


Michigan Pipe & Valve - Flint
P.O. Box 4370
Jackson, MI 49204-4370


Michigan Pipe & Valve - TC
P.O. Box 4370
Jackson, MI 49204-4370


Michigan Pipe & Valve Inc.
P.O. Box 4370
Jackson, MI 49204-4370


Michigan, State of DEQ
Cashiers Office-SWPF
P.O. Box 30657
Lansing, MI 48909-8157


Michigan, State of UIA Tax Collection
3024 W. Grand Blvd.
Suite 11-500
Attn: Libka
Detroit, MI 48202-6024

Morrison Ind. Equ. Co./GR
1825 Monroe
P.O. Box 1803
Grand Rapids, MI 49501

MSC Industrial Supply Co.
Dept. CH 0075
Palatine, IL 60055-0075

National Construction Specialities
7742 Greenfield Road
Dearborn, MI 48126

National Ladder & Scaffold
P.O. Box 71721
Madison Heights, MI 48071

Neal's Truck Parts
P.O. Box 9302
Grand Rapids, MI 49507

Northern Concrete Pipe Inc.
401 Kelton Street
Bay City, MI 48706

Northwest Energy
2080 Corunna Avenue
Owosso, MI 48867

Northwest Energy
7119 Old 23
Fenton, MI 48430

Nova Brik International Canada
8146 Metrolpolitain Est.
Quebec, Canada H1K 1A1

Oakland County Treasurer
Attn: Andrew E. Meisner
1200 N. Telegraph 12E 479
Pontiac, MI 48341-0479

Pitney Bowes Global Financial
Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Inc.
P.O. Box 371896
Pittsburgh, PA 15250-7896


Pitsch Companies
675 Richmond NW
Grand Rapids, MI 49504


Precast/Prestressed Concrete Inc.
209 W. Jackson Blvd.
Chicago, IL 60606-6938


Press Seal Gasket
2424 W. State Blvd.
P.O. Box 10482
Fort Wayne, IN 46852


Prestress Supply Inc.
1804 W. Lake Parker Drive
Lakeland, FL 33805


Pro Vision Transport
6205 Blue Star Highway
Saugatuck, MI 49453


Pure Water Finance
Pure Health Sol. Inc.
P.O. Box 404582
Atlanta, GA 30384


Pure Water Finance
Pure Health Sol, Inc.
P.O. Box 404582
Atlanta, GA 30384


Purity Cylinder Gases Inc.
P.O. Box 9390
Grand Rapids, MI 49507

Quality Precast Inc.
3815 N. Westnedge
Kalamazoo, MI 49004


R&L Carriers
P.O. Box 713153
Columbus, OH 43271


Reliance Electric Machine Co.
2601 Leith Street
Flint, MI 48506


Road Equipment Parts Center
P.O. Box 9425
Grand Rapids, MI 49507


Robinson Cartage Company
2712 Chicago Drive SW
P.O. Box 9310
Grand Rapids, MI 49507-0310


Rolda, Fernando
7505 Hwy. M-71
Clarkston, MI 48346


Rowland Excavating
13655 Shaner Avenue
Cedar Springs, MI 49319


RPM Inc.
400 36th Street SE
Grand Rapids, MI 49548


S&H Dependable Service
P.O. Box 411
Fennville, MI 49408


Safety Kleen
P.O. Box 382066
Pittsburgh, PA 15250-8066


SLH Metals Inc.
P.O. Box 206
229 Sleesman Drive
Corunna, MI 48817

Spectrum Health
Occupational Services
P.O. Box 2048
Grand Rapids, MI 49501

St. Mary's Cement
Dept. #270401
P.O. Box 67000
Detroit, MI 48267-2704

Staclean Diffuser Co. LLC
P.O. Drawer 1147
Salisbury, NC 28145-1147

Standale Lumber/Contractor
4046 Lake Michigan Drive
Grand Rapids, MI 49534

State of Michigan Treasury
Dept. 77003
Detroit, MI 48277-0003

Strong Products
P.O. Box 1023
Battle Creek, MI 49016-1023

Surplus Industrial Supply
665 10 Mile Road NW
Sparta, MI 49345

TCI Tire Centers
3100 Freeway Lane
Saginaw, MI 48601

Total Quality Logistics
P.O. Box 779
Cincinnati, OH 45251

Trelleborg Eng. Systems
250 Elm Street
P.O. Box 301
Milford, NH 03055

```
Tupes of Saginaw Inc.
P.O. Box 5989
Saginaw, MI 48603


United Parcel Service
LockBox 577
Carol Stream, IL 60132-0577


United Rentals (NA) Inc.
P.O. Box 100711
Atlanta, GA 30384-0711


Universal Polymer & Rubber
P.O. Box 636034
Cincinnati, OH 45263-6034


Valley Truck Parts Inc.
1900 Chicago Drive SW
Grand Rapids, MI 49507


VanLaan Construction
3240 68th Street SE
Dutton, MI 49316


Verplank Trucking Co.
P.O. Box 8
Ferrysburg, MI 49409


Voigt & Schweitzer
Galvanizers Inc.
12600 Arnold Street
Redford, MI 48239


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Waste Management Inc.
P.O. Box 9001054
Louisville, KY 40290-1054


Water Wizard Leasing
2890 Madison Avenue SE
Grand Rapids, MI 49548
```

Webb, Jeremy
7505 Hwy. M-71
Durand, MI 48429


West Michigan Air Condition
P.O. Box 3258
Holland, MI 49422


Western Michgian Fleet Part
18 E. Washington Avenue
Zeeland, MI 49464-1298


White Cap Const. Sup/HD Supp
Dept. 774341
160 Hansen Court, Suite 105
Wood Dale, IL 60191


Williams Products, Inc.
1750 Maplelawn Blvd.
Troy, MI 48084-4604


Winzer Corporation
P.O. Box 671482
Dallas, TX 75267-1482


Wirt Stone Dock
400 Martin Street
Bay City, MI 48706


Wyoming City Treasurer
P.O. Box 905
Wyoming, MI 49509-0905