B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan-Southern Division-Flint

In re **Grand River Infrastructure, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Spring Wire Corp.**<br>P.O. Box 715418<br>Columbus, OH 43271-5418 | **American Spring Wire Corp.**<br>P.O. Box 715418<br>Columbus, OH 43271-5418 | **Trade Debt** | | **55,143.05** |
| **BCBS of Michigan**<br>c/o Walton & Donnelly PC<br>535 Griswold Street<br>1550 Bulh<br>Detroit, MI 48226 | **BCBS of Michigan**<br>c/o Walton & Donnelly PC<br>535 Griswold Street<br>Detroit, MI 48226 | **Back Health Insurance Contract Expired** | | **79,736.13** |
| **Beta Steel Corporation**<br>P.O. Box 189008<br>44225 Utica Road<br>Utica, MI 48318-9008 | **Beta Steel Corporation**<br>P.O. Box 189008<br>44225 Utica Road<br>Utica, MI 48318-9008 | **Trade Debt** | | **183,772.67** |
| **Carlesimo Products Inc.**<br>29800 W. Eight Mile Road<br>Farmington Hills, MI 48024 | **Carlesimo Products Inc.**<br>29800 W. Eight Mile Road<br>Farmington Hills, MI 48024 | **Trade Debt** | | **13,648.10** |
| **Carrie OoStdyk**<br>11 Skyler Court<br>Oak Ridge, NJ 07438 | **Carrie OoStdyk**<br>11 Skyler Court<br>Oak Ridge, NJ 07438 | | | **752,647.54** |
| **East Jordan Iron Works Inc.**<br>Dept. #59601<br>P.O. Box 67000<br>Detroit, MI 48267-0596 | **East Jordan Iron Works Inc.**<br>Dept. #59601<br>P.O. Box 67000<br>Detroit, MI 48267-0596 | **Trade Debt** | | **15,042.36** |
| **Edward C. Levy Co.**<br>8800 Dix Avenue<br>Detroit, MI 48209 | **Edward C. Levy Co.**<br>8800 Dix Avenue<br>Detroit, MI 48209 | **Trade Debt** | | **19,636.76** |
| **Engineered Wire Products**<br>75 Remittance Drive<br>Suite 3124<br>Chicago, IL 60675-3124 | **Engineered Wire Products**<br>75 Remittance Drive<br>Suite 3124<br>Chicago, IL 60675-3124 | **Trade Debt** | | **105,746.77** |
| **Grand Rapids Gravel Company**<br>P.O. Box 9160<br>Grand Rapids, MI 49507-0160 | **Grand Rapids Gravel Company**<br>P.O. Box 9160<br>Grand Rapids, MI 49507-0160 | **Trade Debt** | | **15,431.79** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Grand River Infrastructure, Inc.**   Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grand Valley Concrete Products<br>2500 Three Mile NW<br>Grand Rapids, MI 49534 | Grand Valley Concrete Products<br>2500 Three Mile NW<br>Grand Rapids, MI 49534 | Trade Debt | | 16,940.00 |
| Independent Concrete Pipe Co.<br>P.O. Box 2847<br>Indianapolis, IN 46206-2847 | Independent Concrete Pipe Co.<br>P.O. Box 2847<br>Indianapolis, IN 46206-2847 | Trade Debt | | 16,760.36 |
| J&H Oil Company<br>P.O. Box 9464<br>1619 Chicago Drive SW<br>Wyoming, MI 49509-0464 | J&H Oil Company<br>P.O. Box 9464<br>1619 Chicago Drive SW<br>Wyoming, MI 49509-0464 | Trade Debt | | 36,180.70 |
| Marsh, David C.<br>5203 N. Bancroft Road<br>Durand, MI 48429 | Marsh, David C.<br>5203 N. Bancroft Road<br>Durand, MI 48429 | Credit Card Debt | | 32,995.32 |
| Michigan Pipe & Valve - Detroit<br>P.O. Box 4370<br>Jackson, MI 49204-4370 | Michigan Pipe & Valve - Detroit<br>P.O. Box 4370<br>Jackson, MI 49204-4370 | Trade Debt | | 26,755.70 |
| Michigan Pipe & Valve - Flint<br>P.O. Box 4370<br>Jackson, MI 49204-4370 | Michigan Pipe & Valve - Flint<br>P.O. Box 4370<br>Jackson, MI 49204-4370 | Trade Debt | | 27,637.85 |
| Nova Brik International Canada<br>8146 Metrolpolitain Est.<br>Quebec, Canada H1K 1A1 | Nova Brik International Canada<br>8146 Metrolpolitain Est. | Trade Debt | | 24,864.83 |
| Press Seal Gasket<br>2424 W. State Blvd.<br>P.O. Box 10482<br>Fort Wayne, IN 46852 | Press Seal Gasket<br>2424 W. State Blvd.<br>P.O. Box 10482<br>Fort Wayne, IN 46852 | Trade Debt | | 25,779.60 |
| Robinson Cartage Company<br>2712 Chicago Drive SW<br>P.O. Box 9310<br>Grand Rapids, MI 49507-0310 | Robinson Cartage Company<br>2712 Chicago Drive SW<br>P.O. Box 9310<br>Grand Rapids, MI 49507-0310 | Trade Debt | | 107,710.00 |
| St. Mary's Cement<br>Dept. #270401<br>P.O. Box 67000<br>Detroit, MI 48267-2704 | St. Mary's Cement<br>Dept. #270401<br>P.O. Box 67000<br>Detroit, MI 48267-2704 | Trade Debt | | 125,760.79 |
| Verplank Trucking Co.<br>P.O. Box 8<br>Ferrysburg, MI 49409 | Verplank Trucking Co.<br>P.O. Box 8<br>Ferrysburg, MI 49409 | Trade Debt | | 39,967.37 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Grand River Infrastructure, Inc.**                                   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 14, 2011**              Signature **/s/ David C. Marsh**
                                                  **David C. Marsh**
                                                  **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy